IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Zelda D Green | ) | |
| 1507 Wylds Ct | ) | Case No: 15-11244-SDB |
| Apt A | ) | |
| Augusta, GA 30909 | ) | |

Debtor

### TRUSTEE'S OBJECTION TO CONFIRMATION

      COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and pursuant to 11 U.S.C. Sections 1324 (a) and 1325, objects to the confirmation of the Debtor's proposed plan.

      The specific deficiency is:

      1.   The minimum monthly payment to DriveTime exceeds the proposed plan payment. The Plan does not satisfy Section 1325(a)(4) due to equity in personal property. Schedule C is incomplete. Schedule D is incomplete as Debtor has not identifed one of the creditors listed on said schedule. Schedules E and F are incomplete as Debtor has failed to provide the addresses for the scheduled creditors. The Plan is not feasible as Debtor's living expenses exceed her net income. Paragraph 1 of the Statement of Financial Affairs is incomplete. Form B22C-2 and B22C-2 have not been properly completed. The Plan has not been proposed in good faith.

      WHEREFORE, said Trustee prays that the Court deny confirmation of Debtor's proposed plan.

      This 24th day of August 2015.

      /s/ Brent Myer
      Brent Myer, Attorney for
      Chapter 13 Trustee Huon Le
      Georgia Bar No. 435191

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that copies of this Trustee's Objection to Confirmation have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the <u>24th day of August 2015</u>.

      /s/ Brent Myer
      Office of the Chapter 13 Trustee
      Post Office Box 2127
      Augusta, GA 30903-2127

PRO SE